

# Missouri Court of Appeals
## Southern District

**JULY 6, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD33983

   Re: STATE OF MISSOURI,
   Plaintiff-Respondent,
   vs.
   REGINALD OLIPHANT,
   Defendant-Appellant.

2. Case No. SD33664

   Re: STATE OF MISSOURI,
   Plaintiff-Respondent,
   vs.
   JEFFREY A. WOLFSON,
   Defendant-Appellant.